THIS OPINION HAS NO PRECEDENTIAL
VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING
EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH
CAROLINA
In The Court of Appeals

 
 
 
 The
 State,        Respondent,
 
 
 

v.

 
 
 
 Willard
 Gasper,        Appellant.
 
 
 

Appeal From Spartanburg County
J. Derham Cole, Circuit Court Judge

Unpublished Opinion No.
2005-UP-409
Submitted June 1, 2005  Filed June 27, 2005

APPEAL DISMISSED

 
 
 
 Assistant Appellate Defender
 Robert M. Dudek, of Columbia, for Appellant. 
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, and Assistant Deputy Attorney General Salley
 W. Elliott, all of Columbia; and Solicitor Harold W. Gowdy, III, of
 Spartanburg, for Respondent.
 
 
 

PER CURIAM:  Willard
Gasper appeals his guilty pleas to one count of first-degree burglary, two
counts of assault and battery with intent to kill, and one count of
second-degree arson.  Counsel for Gasper attached to the final brief a
petition to be relieved as counsel.  Gasper did not file a separate pro se
response.
After a review of the record as
required by Anders v. California, 386 U.S. 738 (1967), and State v.
Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we hold there are no directly
appealable issues that are arguable on their merits.  Accordingly, we
dismiss Gaspers appeal and grant counsels petition to be relieved.
APPEAL DISMISSED.
ANDERSON, STILWELL, and WILLIAMS,
JJ., concur.